IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| : | CIVIL ACTION |
| : |  |
| v.        : |  |
| : |  |
| : | NO. |

## ORDER

AND NOW, this _____ Day of _____, _____, it is hereby

ORDERED that the application of _____, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

_____ GRANTED.

_____ DENIED.

                                                                   _____

                                                                                           J.