# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
|  | : | CIVIL ACTION |
|  | : |  |
| v. | : |  |
|  | : |  |
|  | : | NO. |

### ORDER

AND NOW, this _____ Day of _____, ____, it is hereby

ORDERED that the application of _____, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

_____ GRANTED.

_____ DENIED.

_____
J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Civil Action No# 2:14-cv-06805-MAK

**APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)**

I. APPLICANT'S STATEMENT

I, Brian T. Ku, Esq. the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a check, number 122, for the $40.00 admission fee.

A. I state that I am currently admitted to practice in the following state jurisdictions:

| State where admitted | Admission date | Attorney Identification Number |
|---|---|---|
| Florida | 10/28/2002 | 610461 |
| District of Columbia | 03/18/2011 | 999543 |
| New York | 05/16/2014 | 883690 |

B. I state that I am currently admitted to practice in the following federal jurisdictions:

| Court where admitted | Admission date | Attorney Identification Number |
|---|---|---|
| Southern Dist. of FL | 01/27/2005 | FL 610461 |
| Middle Dist. of FL | 09/11/2007 | FL 610461 |
| Dist. of Connecticut | 10/05/2007 | **FL 610461** |

C. I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.

I am entering my appearance for John Nanni, Plaintiff

(Applicant's Signature)

03/26/2015
(Date)

APPLICANT'S OFFICE ADDRESS AND TELEPHONE NUMBER:

Ku & Mussman, P.A.
6001 NW 153rd Street, Suite 100
Miami Lakes, FL 33181    Tel: (305) 891-1322

Sworn and subscribed before me this 27th Day of March, 2015

Notary Public

Notary Public State of Florida
Reyna Sarmiento
My Commission EE090983
Expires 05/05/2015

10/04

## II. SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE

The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of ____Brian T. Ku, Esq.____ to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above-referenced state and federal courts and that the applicant's private and personal character is good. I certify that this application form was on this date mailed, with postage prepaid, to all interested counsel.

| J. Christopher Froelich, Esq. | [signature] | 02/27/2002 | 77409 |
|---|---|---|---|
| Sponsor's Name | Sponsor's Signature | Admission date | Attorney Identification No. |

### SPONSOR'S OFFICE ADDRESS AND TELEPHONE NUMBER:

J. Christopher Froelich, Attorney at Law

116 E. Penn Avenue

Robesonia, PA 19551          Tel: (610) 693-5520

Sworn and subscribed before me this

25th Day of March, 2005

[signature]
Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
MARGARET H FETHEROLF
Notary Public
CITY OF READING, BERKS COUNTY
My Commission Expires Aug 15, 2018

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JOHN NANNI : CIVIL ACTION
:
v. :
:
DDR NOBLE TC TRUST :
: NO. 2:14-cv-06805-MAK

## CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the application of  Brian T. Ku, Esq.

Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant

proposed Order which, if granted, would permit such practice in this court was mailed today with

postage prepaid to:

Carl W. Hittinger, Esq.

BAKER & HOSTETLER LLP

2929 Arch Street, 12th Floor

Philadelphia, PA 19104

Signature of Attorney

J. Christopher Froelich, Esq.
Name of Attorney

John Nanni
Name of Moving Party

3/18/15
Date